09 APR 17 PM 3:48

UNITED STATES DISTRICT COURT

SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. **'09 CV 0783 JM CAB** |
| Plaintiff, ) | |
| ) | ORDER APPOINTING |
| v. ) | UNITED STATES MARSHAL |
| ) | CUSTODIAN |
| ONE 2003 CADILLAC ESCALADE, ) | |
| CA LICENSE NO. 5BSX614, ) | |
| VIN 1GYEC63T83R220020, ) | |
| ITS TOOLS AND APPURTENANCES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal for the Southern District of California has consented to assume responsibility for the custody and maintenance of the defendant vehicle during the time it remains in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant vehicle, the United States Marshal for the Southern District of California shall be custodian of the defendant vehicle on behalf of this Court until further order.

//

//

IT IS FURTHER ORDERED that all reasonable expenditures incurred by the United States Marshals Service be a first charge against the defendant vehicle.

DATED: 4/16/09

_____
UNITED STATES DISTRICT JUDGE