|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | SOUTHERN DISTRICT OF CALIFORNIA |

| UNITED STATES OF AMERICA, | ) | Civil No. 09cv0783-JM(CAB) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER GRANTING JOINT MOTION |
| v. | ) | TO STAY CIVIL FORFEITURE |
| | ) | PROCEEDING PURSUANT TO |
| ONE 2003 CADILLAC ESCALADE, | ) | TITLE 18 U.S.C. SECTION 981(g) |
| CA LICENSE NO. 5BSX614, | ) | |
| VIN 1GYEC63T83R220020, | ) | |
| ITS TOOLS AND APPURTENANCES, | ) | Doc. No. 13 |
| | ) | |
| Defendant. | ) | |

Having reviewed the Joint Motion and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The instant civil judicial forfeiture case falls under the provisions of Title 18, United States Code, Section 981(g), and shall be stayed until the conclusion of the related criminal case, to wit: <u>United States v. Henry Huynh, et al</u>, criminal number 08cr2288-BTM, which will be deemed to occur after the criminal case has reached conclusion at the trial court level either through a verdict or by way of a plea.

///

///

///

**1**        IT IS FURTHER ORDERED that the parties notify the Court
**2**   within two weeks after an event occurs which would give rise to
**3**   dissolution of the stay under the terms of the joint motion and
**4**   this order.

DATED:  August 26, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge