UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 09cv0783-JM(CAB) |
| Plaintiff, ) | |
| v. ) | ORDER ON JOINT MOTION TO LIFT STAY OF CIVIL FORFEITURE PROCEEDINGS PURSUANT TO TITLE 18, U.S.C. SECTION 981(g) |
| ONE 2003 CADILLAC ESCALADE, ) CA LICENSE NO. 5BSX614, ) VIN 1GYEC63T83R220020, ) ITS TOOLS AND APPURTENANCES, ) | |
| Defendant. ) | |

Having reviewed the parties' Joint Motion To Lift Stay Of Civil Forfeiture Proceedings Pursuant to Title 18 U.S.C. Section 981(g), and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Pursuant to the joint motion by the parties in the instant civil forfeiture case, the stay imposed by this Court on August 26, 2009, is hereby lifted. Proceedings shall continue as ordered by the Magistrate Judge.

DATED: May 7, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge